Andrew D. Skale (SBN 211096)
askale@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Rd., Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile:  (858) 314-1501

Attorneys for Plaintiffs,
LUMENIS, INC. and LUMENIS LTD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUMENIS, INC., a Massachusetts Corporation, and LUMENIS LTD., a foreign corporation<br><br>Plaintiffs,<br><br>v.<br><br>CLINICAL INK, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 20cv2104-BAS-AGS<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Lumenis, Inc. and Lumenis Ltd. ("Plaintiffs") files this voluntary dismissal, with prejudice, dismissing the entire action brought against Defendant Clinical Ink, Inc. ("Defendant").  Defendant has not filed an answer or motion for summary judgment and no leave of court is required to file this dismissal.

THEREFORE, Plaintiffs Lumenis, Inc. and Lumenis Ltd. ask that the voluntary dismissal with prejudice of the entire action be noted by the Court and the dismissal entered by the clerk.

Dated: December 1, 2020

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.


By /s/ *Andrew D. Skale*
   Andrew D. Skale
   Kara M. Cormier

   Attorneys for LUMENIS, INC. and LUMENIS LTD.

1
PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed the foregoing electronically on December 1, 2020, with the Clerk of the United States District Court in the CM/ECF system.  A copy of said document has been sent via U.S. Mail and email to:

> Devon E. White, Esq.
> Wyrick Robbins Yates & Ponton LLP
> 4101 Lake Boone Trail, Suite 300
> Raleigh, NC  27607
> dwhite@wyrick.com

Executed this 1st day of December, 2020 in San Diego, California.

/s/ Andrew D. Skale
Andrew D. Skale

105932861v.1                    PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL